| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Verbrugghen Helaine Astor, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>13-3529557 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>10 Astor Place<br>New York, NY<br>ZIP CODE 10003 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>New York | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [✓] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [✓] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| [✓] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

Estimated Assets
| [✓] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

Estimated Liabilities
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [✓] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

B1 (Official Form 1)(04/13)  15-11314-scc   Doc 1   Filed 05/19/15   Entered 05/19/15 18:32:41   Main Document   Page 2
Pg 2 of 9

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Verbrugghen Helaine Astor, Inc. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)     (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Verbrugghen Helaine Astor, Inc. |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (if not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X _____ Signature of Attorney for Debtor(s) Gabriel Del Virginia Printed Name of Attorney for Debtor(s) Law Offices of Gabriel Del Virginia Firm Name 30 Wall Street, 12th Floor New York, NY 10005 Address 212-371-5478/212-371-0460 Telephone Number 04/24/2015 Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ Address X _____ Signature _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.* 11 U.S.C. § 110; 18 U.S.C. § 156. |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X  /s/ Martine Campeggi Signature of Authorized Individual Martine Campeggi Printed Name of Authorized Individual President and Sole Shareholder Title of Authorized Individual 04/24/2015 Date | |

B4 (Official Form 4) (12/07) - Cont.

In re   Verbrugghen Helaine Astor, Inc.   Case No. _____
        _____
                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Lafayette Astor<br>125 Park Avenue<br>New York, NY 10017 | Lafayette Astor Assoc.<br>125 Park Avenue<br>New York, NY 10017 | Trade Debt | Disputed | $140,000.00 |
| ADP New York<br>One Penn Plaza<br>New York, NY 10119 | ADP New York<br>One Penn Plaza<br>New York, NY 10119 | Trade Debt | Disputed | $325.00 |
| ConEdison<br>PO Box 138<br>New York, NY 10276 | ConEdison<br>PO Box 138<br>New York, NY 10276-0138 | Trade Debt | Disputed | $500.00 |
| Verizon<br>500 Technology Drive<br>Suite 550<br>Weldon Spring, MO 63304 | Verizon<br>500 Technology Drive<br>Suite 550<br>Weldon Spring, MO 63304 | Trade Debt | Disputed | $500.00 |
| Pest Control<br>212 W. 35th Street<br>New York, NY 10001 | Pest Control<br>212 W. 35th Street<br>New York, NY 10001 | Trade Debt | Disputed | $2,800.00 |
| NYS Insurance Fund<br>199 Church Street<br>New York, NY 10007 | NYS Insurance Fund<br>199 Church Street<br>New York, NY 10007 | Trade Debt | Disputed | $1,041.00 |
| Broadcastview<br>PO Box 9242<br>Uniondale, NY 11555 | Broadcastview<br>PO Box 9242<br>Uniondale, NY 11555 | Trade Debt | Disputed | $1,112.00 |
| Ancona Associates<br>220 Old Country Road<br>Mineola, NY 11501 | Ancona Associates<br>220 Old Country Road<br>Mineola, NY 11501 | Legal Fees | Disputed | $25,000.00 |
| Zuccarello, Zerillo, CPA<br>148-29 Cross Island Pkwy<br>Whitestone, NY 11357 | Zuccarello, Zerillo, CPA<br>148-29 Cross Island Parkway<br>Whitestone, NY 11357 | Trade Debt | Disputed | $3,500.00 |
| Candice Cooper<br>Agentur Chrisoph Siegel<br>Kantonsstrasse 1<br>CH-8807 Freienbach, Germany | Candice Cooper<br>Agentur Christoph Siegel<br>Kantonsstrasse 1<br>CH-8807 Freienbach, Germany | Trade Debt | Disputed | $18,000.00 |
| Arche, Inc.<br>130 West 57th Street<br>Suite 5D<br>New York, NY 10019 | Arche, Inc.<br>130 West 57th Street<br>Suite 5D<br>New York, NY 10019 | Trade Debt | Disputed | $700,000.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Verbrugghen Helaine Astor, Inc.     Case No. _____
              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Reavis Parent Lehrer, LLP<br>41 Madison Avenue, 41st Fl<br>New York, NY 10010 | Reavis Parent Lehrer, LLP<br>41 Madison Avenue, 41st Floor<br>New York, NY 10010 | Trade Debt | Disputed | $20,000.00 |
| Martine Verbrugghen Campeggi<br>188 Bedford Road<br>Greenwich, CT 06831 | Marine Verbrugghen Campeggi<br>188 Bedford Road<br>Greenwich, CT 06831 | Wages and Compensation | | $12,000.00 |
| Francis Toussaint<br>1990 Lexington Avenue<br>Apartment 7<br>New York, NY 10035 | Francis Toussaint<br>1990 Lexington Avenue<br>Apartment 7<br>New York, NY 10035 | Wages and Compensation | | $10,000 |

Official Form 2
6/90

# DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, [the president *or* other officer *or* an authorized agent of the corporation] [*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing [list *or* schedule *or* amendment *or* other document (describe)] and that it is true and correct to the best of my information and belief.

Date _____

                                          Signature /s/ Martine Campeggi_____

                                          _____
                                          Martine Campeggi
                                          President and Sole Shareholder

# United States Bankruptcy Court
## Southern District of New York

In re  **Verbrugghen Helaine Astor, Inc.**  
Debtor(s)

Case No.  
Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President and Sole Shareholder of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:

/s/ Martine Campeggi

**Martine Campeggi**/**President and Sole Shareholder**  
Signer/Title

.

ADP NEW YORK
ONE PENN PLAZA
NEW YORK, NY 10119


ANCONA ASSOCIATES
220 OLD COUNTRY ROAD
MINEOLA, NY 11501


ARCHE, INC.
130 WEST 57TH STREET
SUITE 5D
NEW YORK, NY 10019


BROADCASTVIEW
PO BOX 9242
UNIONDALE, NY 11555


CANDICE COOPER
AGENTUR CHRISTOPH SIEGEL
KANTONSSTRASSE 1
CH-8807 FREIENBACH, GERMANY


CONEDISON
PO BOX 138
NEW YORK, NY 10276-0138


FRANCIS TOUSSAINT
1990 LEXINGTON AVENUE
APARTMENT 7
NEW YORK, NY 10035


LAFAYETTE ASTOR ASSOCIATION
125 PARK AVENUE
NEW YORK, NY 10017


MARTINE VERBRUGGHEN CAMPEGGI
188 BEDFORD ROAD
GREENWICH, CT 06831


NYS INSURANCE FUND
199 CHURCH STREET
NEW YORK, NY 10007

```
PEST CONTROL
212 W. 35TH STREET
NEW YORK, NY 10001


REAVIS PARENT LEHRER, LLP
41 MADISON AVENUE
41ST FLOOR
NEW YORK, NY 10010


VERIZON
500 TECHNOLOGY DRIVE
SUITE 550
WELDON SPRINGS, MO 63304


ZUCCARELLO, ZERILLO, CPA
148-29 CROSS ISLAND PARKWAY
WHITESTONE, NY 11357
```